MARY L. LEFURGY, as Administratrix, etc., Respondent, *v.* JAMES STEWART et al., Appellants.

(Submitted December 8, 1893; decided December 22, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 25, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Joseph F. Daly* for appellants.

*John Brooks Leavitt* for respondent.

Agree to affirm, with costs and five per cent damages for delay; no opinion.

All concur.

Judgment affirmed.